ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
EULOGIO DURAN-HILARIO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EULOGIO DURAN-HILARIO, ) <br> ) <br> Defendant. ) <br> ) | Case No.: CR-F-08-0264 LJO <br><br> STIPULATION FOR CONTINUANCE OF SENTENCING AND ORDER THEREON |

IT IS HEREBY STIPULATED between the Defendant, EULOGIO DURAN-HILARIO through his attorney-of-record, Anthony P. Capozzi and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya, that the Sentencing hearing now set for Friday, June 19, 2009, be continued to Friday, July 10, 2009, at 9:00 a.m.

This request is made due to Mr. Capozzi's recent surgery and required recovery time.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

(1) Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

(2) Title 18, United States Code, Section 3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: June 16, 2009

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
EULOGIO DURAN-HILARIO

Dated:  June 16, 2009

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the hearing set for Friday, June 19, 2009 is vacated and continued to Friday, July 10, 2009 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated: June 17, 2009

/s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
United States District Court Judge